**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **EDWARD EUGENE WILLIAMS,** )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>**SHAELYN SMITH et al.,** )<br>)<br>   Defendants. ) | **CIVIL ACTION NO.**<br>**3:22cv592-MHT**<br>**(WO)** |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to voluntarily dismiss (Doc. 11) is granted and that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of March, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**